UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JERRY L. GIBSON,

       Petitioner,                        Case No. 1:17-cv-838

v.                                           Honorable Paul L. Maloney

TONY TRIERWEILER,

       Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: November 3, 2017_                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge